UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates To All Actions* | No. 14-MD-2543 (JMF)<br>No. 14-MC-2543 (JMF)<br><br>Hon. Jesse M. Furman |

**[PROPOSED] COMMON BENEFIT ORDER FUND DISBURSEMENT ORDER**

WHEREAS, Orders No. 13 (Dkt. No. 304) and No. 42 (Dkt. No. 743) establish procedures for the collection, expenditure, and disbursement of funds for the common benefit of Plaintiffs in this multi-district litigation;

WHEREAS, in accordance with this Court's Orders dated May 28, 2021 (Dkt. No. 8543) and July 16, 2021 (Dkt. No. 8565), Particpating Counsel were paid and/or reimbursed for certin fees and costs, including certain of the lodestar incurred in connection with the Economic Loss Class Action, expenses incurred with the litigation and not previously reimbursed, and Held Costs and certain other costs likewise not previously reimbursed;

WHEREAS, Participating Counsel have far more than $10,829,934.07 in attorneys' fees for common benefit work that reamin unreimbursed, and that are appropriately reimbursable from the Common Benefit Order Fund;

WHEREAS, Plaintiffs seek reimbursement of the above-referenced amount;

WHEREAS, there are sufficient funds for the reimbursement in the Common Benefit Order Fund;

NOW, THEREFORE, IT IS ORDERED that the $10,829,934.07 shall be disbursed from the Common Benefit Order Fund to Participating Counsel, as set forth in Exhibit A.

SO ORDERED

Dated: _____, 2021     December 15,

New York, New York

_____
JESSE M. FURMAN
United States District Judge

The motion is granted as unopposed. The Clerk of Court is directed to terminate ECF Nos. 8676 and 8677.

2330139.1

# EXHIBIT A

| | | |
|---|---|---:|
| **Co-Lead Counsel** | Hagens Berman Sobol Shapiro LLP | 2,287,929.81 |
| | Hilliard Martinez Gonzales LLP | 5,434,576.33 |
| | Lieff Cabraser Heimann & Bernstein, LLP | 1,454,143.75 |
| Co-Lead Counsel Total | | **9,176,649.90** |
| **Executive Committee** | Boies, Schiller & Flexner LLP | 603,632.40 |
| | Cotchett, Pitre & McCarthy, LLP | 3,407.90 |
| | Grant & Eisenhofer P.A. | 15,544.61 |
| | Motley Rice, LLC | 10,090.04 |
| | NastLaw, LLC | 1,456.28 |
| | Otterbourg P.C. | 6,802.19 |
| | Podhurst Orseck, P.A. | 64,333.37 |
| | Robinson Calcagnie Robinson Shapiro Davis, Inc. | 47,770.40 |
| | Susman Godfrey L.L.P. | 79,215.31 |
| Executive Committee Total | | **832,252.48** |
| **Liaison Counsel** | Barrios, Kingsdorf & Casteix, LLP | 111,475.84 |
| | Weitz & Luxenberg, P.C. | 311,213.47 |
| Liaison Counsel Total | | **422,689.30** |
| **Bankruptcy Counsel** | Brown Rudnick | 19,522.07 |
| | Goodwin Procter, LLP | 353,189.77 |
| | Stutzman Bromberg Esserman & Pifka | 25,000.00 |
| Bankruptcy Counsel Total | | **397,711.84** |
| **Non-Designated Counsel** | Stueve Siegel Hanson LLP | 61.43 |
| | Weller, Green, Toups & Terrell, L.L.P. | 569.13 |
| Non-Designated Counsel Total | | **630.55** |
| Grand Total | | **10,829,934.07** |